The CHIEF JUSTICE
 

 delivered the opinion óf the court.
 

 It is true.that' under the Civil Practice Act of Montana there can be no judgment for the value if there can be a delivery of the property-, but it is'not true that a judgment is necessarily erroneous if'the alternative is not expressed upon its face. The court must be satisfied that the delivery cannot be made before it can adjudge absolutely the payment of money.' But, if so satisfied, it may so adjudge. A special- finding to that ' effect is not' necessary. An absolute judgment for the money is equivalent to such a finding.
 

 In one part of this record it appears that the verdict was for this return of the property, .or, in case that could not be made, for $3000, the value, a,nd $800 ' damages' for the detention. The judgment was for the money, and the pre
 
 *488
 
 sumption is, in the absence of anything in the record to the contrary, that before it was rendered the court had become judicially satisfied-that the property could not be returned. In a court of error every presumption is in favor of the validity of the judgment brought under consideration. Error must appear affirmatively before there can be a reversal. •
 

 Judgment affirmed.